Eddie Willie **TAYLOR,** Michael F.X. Hogan, Plaintiffs–Appellees,

v.

**UNITED STATES of America,** Intervenor–Appellant,

and

State of Arizona; Terry Stewart, Director of the Arizona Department of Corrections, et al., Defendants–Appellants.

Nos. 97–16069, 97–16071.

United States Court of Appeals, Ninth Circuit.

Nov. 3, 1998.

Before: HUG, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *Taylor v. United States*, 143 F.3d 1178 (9th Cir.1998) is withdrawn.